Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  21−16652−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Colleen R Simonetti
   17A Lobelia Lane
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−0117

Employer's Tax I.D. No.:

---

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 8/20/2021 and a confirmation hearing on such Plan has been scheduled for 12/1/2021 at 10:00 AM.

The debtor filed a Modified Plan on 11/18/2021 and a confirmation hearing on the Modified Plan is scheduled for 1/5/2022 at 10:00 AM. Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.    The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: November 19, 2021
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-16652-CMG |
| Colleen R Simonetti | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 19, 2021 | Form ID: 186 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Colleen R Simonetti, 17A Lobelia Lane, Jackson, NJ 08527-5059 |
| 519289736 | + | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519289737 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519289746 | | Hackensack Meridian Health, PO Box 95000-4535, Philadelphia, PA 19195-4535 |
| 519314002 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519306321 | + | Rocket Mortgage, LLC fka Quicken Loans, LLC at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519289753 | + | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519289752 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519289754 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 519289758 | | TD Bank, N.A., Td Bank Usbc, Greenville, SC 29607 |
| 519298363 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519300246 | | U.S. Bank National Association as Trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | | Nov 19 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | | Nov 19 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519289738 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Nov 19 2021 20:53:46 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519289739 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Nov 19 2021 20:53:38 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519309049 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Nov 19 2021 20:53:40 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519289743 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Nov 19 2021 20:53:51 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519289742 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Nov 19 2021 20:53:35 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519289744 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2021 20:37:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519289745 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2021 20:37:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 519289747 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Nov 19 2021 20:37:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519289741 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | | Nov 19 2021 20:53:27 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519289740 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: Nov 19, 2021 | Form ID: 186 | Total Noticed: 33

| | | | |
|---|---|---|---|
| | | Nov 19 2021 20:53:46 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519314002 | + Email/Text: RASEBN@raslg.com | | |
| | | Nov 19 2021 20:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519336226 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Nov 19 2021 20:36:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519289748 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Nov 19 2021 20:36:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519289749 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Nov 19 2021 20:36:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519334177 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Nov 19 2021 20:53:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519289750 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Nov 19 2021 20:37:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519289751 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Nov 19 2021 20:37:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519289756 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 19 2021 20:53:27 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 519289755 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 19 2021 20:53:28 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519289757 | Email/Text: bankruptcy@td.com | | |
| | | Nov 19 2021 20:37:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | |
| | docs@russotrustee.com |
| Andrew M. Lubin | |
| | on behalf of Creditor U.S. Bank National Association as Trustee for Angel Oak Mortgage Trust 2019-6  Mortgage-Backed |

Certificates, Series 2019-6 bkecf@milsteadlaw.com, alubin@milsteadlaw.com

Denise E. Carlon

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.

on behalf of Debtor Colleen R Simonetti courtdocs@oliverandlegg.com  R59915@notify.bestcase.com


TOTAL: 5