UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
William H. Oliver, Jr.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Fax: 732-775-7404
courtdocs@oliverandlegg.com

**Order Filed on December 6, 2021**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Colleen Simonetti,

Debtor

Case No.: 21-16652

Adv. No.:

Chapter: 13

Hearing Date: December 1, 2021

Judge: CMG

## CONSENT ALLOWING TRUSTEE TO PAY POST-PETITION ARREARS

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: December 6, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Colleen Simonetti
Debtor's Case No: 21-16652 CMG
Consent Order Resolving Objection to Confirmation

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor Colleen Simonetti upon the filing of a Modified Chapter 13 Plan, U.S. Bank National Association as Trustee for Angel Oak Mortgage Trust 2019-6, Mortgage Backed Certificates, Series 2019-6 filed an Amended Proof of Claim #2, the Court noting the consent of the parties to the form, substance and entry of the withing Order; and for other good cause shown:

**IT IS ORDERED as follows:**

1. The Trustee is hereby authorized to pay , U.S. Bank National Association as Trustee for Angel Oak Mortgage Trust 2019-6, Mortgage Backed Certificates, Series 2019-6 the sum of **$1,181.52** for post-petition mortgage arrears;

2. Debtor will maintain monthly obligation of **$295.38** to be paid directly to , U.S. Bank National Association as Trustee for Angel Oak Mortgage Trust 2019-6, Mortgage Backed Certificates, Series 2019-6 commencing January 1, 2022;

3. We hereby consent to the form and entry of the within order:

/s/Michael J. Milstead, Esq.
Michael J. Milstead, Esq.
Milstead & Associates, LLC
Attorney for Creditor

/s/ William H. Oliver, Jr.,Esq.
William H. Oliver, Jr., Esq.
Attorney for Debtor