UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
William H. Oliver, Jr.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Fax: 732-775-7404
courtdocs@oliverandlegg.com

**Order Filed on December 6, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Colleen Simonetti,

      Debtor

Case No.: 21-16652

Adv. No.:

Chapter: 13

Hearing Date: December 1, 2021

Judge: CMG

## CONSENT ALLOWING TRUSTEE TO PAY POST-PETITION ARREARS

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: December 6, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Colleen Simonetti
Debtor's Case No: 21-16652 CMG
Consent Order Resolving Objection to Confirmation

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor Colleen Simonetti upon the filing of a Modified Chapter 13 Plan, U.S. Bank National Association as Trustee for Angel Oak Mortgage Trust 2019-6, Mortgage Backed Certificates, Series 2019-6 filed an Amended Proof of Claim #2, the Court noting the consent of the parties to the form, substance and entry of the withing Order; and for other good cause shown:

**IT IS ORDERED as follows:**

1. The Trustee is hereby authorized to pay , U.S. Bank National Association as Trustee for Angel Oak Mortgage Trust 2019-6, Mortgage Backed Certificates, Series 2019-6 the sum of **$1,181.52** for post-petition mortgage arrears;

2. Debtor will maintain monthly obligation of **$295.38** to be paid directly to , U.S. Bank National Association as Trustee for Angel Oak Mortgage Trust 2019-6, Mortgage Backed Certificates, Series 2019-6 commencing January 1, 2022;

3. We hereby consent to the form and entry of the within order:

/s/Michael J. Milstead, Esq.
Michael J. Milstead, Esq.
Milstead & Associates, LLC
Attorney for Creditor

/s/ William H. Oliver, Jr.,Esq.
William H. Oliver, Jr., Esq.
Attorney for Debtor

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-16652-CMG |
| Colleen R Simonetti | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 06, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Colleen R Simonetti, 17A Lobelia Lane, Jackson, NJ 08527-5059 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 08, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor U.S. Bank National Association as Trustee for Angel Oak Mortgage Trust 2019-6 Mortgage-Backed Certificates, Series 2019-6 bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Colleen R Simonetti courtdocs@oliverandlegg.com R59915@notify.bestcase.com |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Dec 06, 2021 Form ID: pdf903 Total Noticed: 1
TOTAL: 5