Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  21−16652−CMG
                        Chapter:  13
                        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Colleen R Simonetti
   17A Lobelia Lane
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−0117

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 6, 2021.

Dated: December 6, 2021
JAN: dmi

                                                                                                         Jeanne Naughton
                                                                                                           Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Colleen R Simonetti  
    Debtor

Case No. 21-16652-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Dec 06, 2021      Form ID: plncf13      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Colleen R Simonetti, 17A Lobelia Lane, Jackson, NJ 08527-5059 |
| 519289736 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519289737 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519289746 | | Hackensack Meridian Health, PO Box 95000-4535, Philadelphia, PA 19195-4535 |
| 519314002 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519306321 | + | Rocket Mortgage, LLC fka Quicken Loans, LLC at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519289753 | + | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519289752 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519289754 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 519289758 | | TD Bank, N.A., Td Bank Usbc, Greenville, SC 29607 |
| 519298363 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519300246 | | U.S. Bank National Association as Trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 06 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 06 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519289738 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2021 20:49:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519289739 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2021 20:49:29 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519309049 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 06 2021 20:49:27 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519289743 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2021 20:49:21 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519289742 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2021 20:49:33 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519289744 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 06 2021 20:35:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519289745 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 06 2021 20:35:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 519289747 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 06 2021 20:35:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519289741 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 06 2021 20:49:29 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519289740 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

Case 21-16652-CMG   Doc 30   Filed 12/08/21   Entered 12/09/21 00:14:35   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 06, 2021 | Form ID: plncf13 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 06 2021 20:49:18 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519314002 | + | Email/Text: RASEBN@raslg.com | Dec 06 2021 20:35:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519336226 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 06 2021 20:35:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519289748 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 06 2021 20:35:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519289749 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 06 2021 20:35:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519334177 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2021 20:49:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519289750 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 06 2021 20:36:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519289751 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 06 2021 20:36:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519289756 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 06 2021 20:49:25 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 519289755 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 06 2021 20:49:25 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519289757 | | Email/Text: bankruptcy@td.com | Dec 06 2021 20:35:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 08, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor U.S. Bank National Association as Trustee for Angel Oak Mortgage Trust 2019-6 Mortgage-Backed |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 06, 2021 | Form ID: plncf13 | Total Noticed: 33 |

Certificates, Series 2019-6 bkecf@milsteadlaw.com, alubin@milsteadlaw.com

Denise E. Carlon

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.

on behalf of Debtor Colleen R Simonetti courtdocs@oliverandlegg.com  R59915@notify.bestcase.com

TOTAL: 5