| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 21-16652 / CMG**

Colleen R Simonetti

Petition Filed Date: 08/20/2021
341 Hearing Date: 09/16/2021
Confirmation Date: 12/01/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/17/2021 | $621.00 | 79544480 | 10/04/2021 | $621.00 | 79920370 | 11/01/2021 | $621.00 | 80536780 |
| 12/02/2021 | $375.00 | 81168590 | 12/30/2021 | $375.00 | 81739800 | 02/01/2022 | $375.00 | 82476170 |

**Total Receipts for the Period: $2,988.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,988.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Colleen R Simonetti | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,663.00 | $2,391.65 | $2,271.35 |
| 1 | TD BANK,NA | Unsecured Creditors | $6,259.63 | $0.00 | $6,259.63 |
| 2 | US BANK NATIONAL ASSOCIATION<br>»» P/17A LOBELIA LN/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 3 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/17A LOBELIA LANE/1ST MTG | Mortgage Arrears | $538.94 | $0.00 | $538.94 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,856.64 | $0.00 | $2,856.64 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $12,256.74 | $0.00 | $12,256.74 |
| 6 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $3,310.84 | $0.00 | $3,310.84 |
| 7 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $1,046.49 | $0.00 | $1,046.49 |
| 8 | KOHL'S | Unsecured Creditors | $420.37 | $0.00 | $420.37 |
| 9 | US BANK NATIONAL ASSOCIATION<br>»» P/17A LOBELIA LN/2ND MTG/POST-PET ARREARS ORDER 12/6/21 | Mortgage Arrears | $1,181.52 | $0.00 | $1,181.52 |

**Chapter 13 Case No. 21-16652 / CMG**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,988.00 | Plan Balance: | $20,250.00 ** |
| Paid to Claims: | $2,391.65 | Current Monthly Payment: | $375.00 |
| Paid to Trustee: | $252.85 | Arrearages: | $0.00 |
| Funds on Hand: | $343.50 | Total Plan Base: | $23,238.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.