| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 21-16652 / CMG**

Colleen R Simonetti

Petition Filed Date: 08/20/2021
341 Hearing Date: 09/16/2021
Confirmation Date: 12/01/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2023 | $375.00 | 27090590703 | 02/07/2023 | $375.00 | 27090590782 | 03/09/2023 | $375.00 | 28553281200 |
| 04/12/2023 | $375.00 | 27090590850 | 05/10/2023 | $375.00 | 27090590940 | 06/12/2023 | $375.00 | 23883721942 |
| 07/18/2023 | $375.00 | 19507238618 | 08/07/2023 | $375.00 | 28769031123 | 09/08/2023 | $375.00 | 19507238741 |
| 10/11/2023 | $375.00 | 28869955672 | 11/20/2023 | $375.00 | 27090590973 | 12/19/2023 | $375.00 | 976755183 |
| 01/11/2024 | $375.00 | 28952575637 | | | | | | |

**Total Receipts for the Period:  $4,875.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $11,613.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Colleen R Simonetti | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,663.00 | $4,663.00 | $0.00 |
| 1 | TD BANK,NA | Unsecured Creditors | $6,259.63 | $866.49 | $5,393.14 |
| 2 | US BANK NATIONAL ASSOCIATION<br>»»  P/17A LOBELIA LN/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 3 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»»  P/17A LOBELIA LANE/1ST MTG | Mortgage Arrears | $538.94 | $538.94 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,856.64 | $395.43 | $2,461.21 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $12,256.74 | $1,696.65 | $10,560.09 |
| 6 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $3,310.84 | $458.31 | $2,852.53 |
| 7 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $1,046.49 | $131.10 | $915.39 |
| 8 | KOHL'S | Unsecured Creditors | $420.37 | $52.67 | $367.70 |
| 9 | US BANK NATIONAL ASSOCIATION<br>»»  P/17A LOBELIA LN/2ND MTG/POST-PET ORDE 12/6/21 | Mortgage Arrears | $1,181.52 | $1,181.52 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»»  SUB OF ATTY 9/30/22 | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-16652 / CMG**

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 1/25/2024: | | | |
| Total Receipts: | $11,613.00 | Plan Balance: | $11,625.00 ** |
| Paid to Claims: | $9,984.11 | Current Monthly Payment: | $375.00 |
| Paid to Trustee: | $921.87 | Arrearages: | $0.00 |
| Funds on Hand: | $707.02 | Total Plan Base: | $23,238.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.